IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ADAMS,

      Plaintiff,                      No. CIV S-07-1878 JAM KJM P

      vs.

P. CARCY, et al.,

      Defendants.          <u>ORDER</u>

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On December 11, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 11, 2009, are adopted in full; and

2. Defendants' motion to revoke plaintiff's in forma pauperis status is granted because he has suffered three strikes under the PLRA, and plaintiff is directed to tender the entire $350.00 filing fee within thirty days of the date of any order adopting these findings and recommendations.

DATED: March 22, 2010

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE