1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RONALD ADAMS,

11              Plaintiff,                    No. CIV S-07-1878 JAM CMK (TEMP) P

12        vs.

13   P. CARCY, et al.,

14              Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16              By an order filed March 23, 2010, plaintiff's in forma pauperis status was revoked

17   and he was ordered to pay the appropriate filing fees within thirty days and was cautioned that

18   failure to do so would result in a recommendation that this action be dismissed.  The thirty day

19   period has now expired, and plaintiff has not responded to the court's order and has not paid the

20   appropriate filing fee.  Accordingly, IT IS HEREBY RECOMMENDED that this action be

21   dismissed without prejudice.

22              These findings and recommendations are submitted to the United States District

23   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-

24   one days after being served with these findings and recommendations, any party may file written

25   objections with the court and serve a copy on all parties.  Such a document should be captioned

26   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

1

shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).


   DATED:  January 13, 2011

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE

hm
adam1878.fifp